**Kelotra, Ritu**

| | |
|---|---|
| **From:** | Michael Flynn [mike@gleason-law.com] |
| **Sent:** | Friday, February 15, 2013 6:32 PM |
| **To:** | Kelotra, Ritu |
| **Subject:** | RE: Larson v. Abbott Laboratories, et al. |

Ritu,

You correctly confirmed that I consent to the removal.


Michael F. Flynn, Jr.
Gleason, Flynn, Emig & Fogleman, Chartered
11 North Washington Street, Suite 400
Rockville, MD 20850-4278
(301) 294-2110 Ext: 121
(301) 294-0737 (facsimile)
www.gleasonflynnemigfogleman.com



**From:** Kelotra, Ritu [mailto:rkelotra@kirkland.com]
**Sent:** Friday, February 15, 2013 3:09 PM
**To:** Michael Flynn
**Subject:** Larson v. Abbott Laboratories, et al.

Mike,

Pursuant to our conversation last week, I am writing to confirm that your client, Union Memorial Hospital, consents to removal of *Larson v. Abbott Laboratories, et al.*, from the Circuit Court for Baltimore City, Maryland to the United States District Court for the District of Maryland by defendant Abbott Laboratories.

Best,
Ritu

Ritu Kelotra | Kirkland & Ellis LLP
655 15th Street, NW | Suite 1200
Washington, DC 20005
Direct (202) 879-5210
Fax (202) 654-9538
ritu.kelotra@kirkland.com

********************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis

Ex. 9

International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*************************************************************

Ex. 9

## Kelotra, Ritu

| | |
|---|---|
| From: | McLoughlin, Maureen [MMcLoughlin@dglaw.com] |
| Sent: | Wednesday, February 20, 2013 12:00 PM |
| To: | Kelotra, Ritu; Atkins, Jennifer S. |
| Cc: | Keisner, Andrew |
| Subject: | RE: Larson v. Abbott Laboratories, et al. |

Our client, Harrison & Star LLC, consents to removal as set forth below.

Maureen McLoughlin



**MAUREEN MCLOUGHLIN**

mmcloughlin@dglaw.com
T: 212.468.4910
F: 212.974.7025

1740 Broadway, New York, NY 10019
www.dglaw.com

**From:** Kelotra, Ritu [mailto:rkelotra@kirkland.com]
**Sent:** Wednesday, February 20, 2013 10:46 AM
**To:** Keisner, Andrew; McLoughlin, Maureen
**Cc:** Atkins, Jennifer S.
**Subject:** Larson v. Abbott Laboratories, et al.

Andrew and Maureen,

Following up from our previous discussions, I am writing to confirm that your clients, Harrison & Star, consents to removal of *Larson v. Abbott Laboratories, et al.*, from the Circuit Court for Baltimore City, Maryland to the United States District Court for the District of Maryland by defendant Abbott Laboratories.

Best,
Ritu


Ritu Kelotra | Kirkland & Ellis LLP
655 15th Street, NW | Suite 1200
Washington, DC 20005
Direct (202) 879-5210
Fax (202) 654-9538
ritu.kelotra@kirkland.com


****************************************************************

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be

1

Ex. 9

used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*************************************************************

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. For more information please click on the following link: http://www.dglaw.com/circular/ This message contains confidential information and is intended only for rkelotra@kirkland.com . If you are not rkelotra@kirkland.com you should not disseminate, distribute or copy this e-mail. Please notify mmcloughlin@dglaw.com immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Ex. 9

## Kelotra, Ritu

**From:** Lee Rutland [DLR@wlekn.com]
**Sent:** Friday, February 15, 2013 4:06 PM
**To:** Kelotra, Ritu
**Subject:** Re: Larson v. Abbott Laboratories, et al.

Yes. We consent.

-----Original Message-----
From: "Kelotra, Ritu" <rkelotra@kirkland.com>
To: Rutland, Lee <DLR@wlekn.com>

Sent: 2/15/2013 3:52:56 PM
Subject: Larson v. Abbott Laboratories, et al.

Dear Lee,

Following up from your message earlier this week, I am writing to confirm that your clients, Monte S. Meltzer MD, Monte S. Meltzer MD LLC and Monte S. Meltzer PC, consent to removal of Larson v. Abbott Laboratories, et al., from the Circuit Court for Baltimore City, Maryland to the United States District Court for the District of Maryland by defendant Abbott Laboratories.

Best,
Ritu

Ritu Kelotra | Kirkland & Ellis LLP
655 15th Street, NW | Suite 1200
Washington, DC 20005
Direct (202) 879-5210
Fax (202) 654-9538
ritu.kelotra@kirkland.com<mailto:Ritu.Kelotra@kirkland.com>

***************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***************************************************************

1

Ex. 9

## Kelotra, Ritu

**From:** Gloria A. Worch [gaw@BBSCLaw.com]
**Sent:** Tuesday, February 19, 2013 9:36 AM
**To:** Kelotra, Ritu
**Subject:** RE: Larson v. Abbott Laboratories, et al.

Ritu,

Yes, you have the consent of my clients to remove the *Larson* case to federal court.

---

Gloria A. Worch, Esquire
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 East Baltimore Street
Suite 2100
Baltimore, Maryland 21202

Telephone: (410) 385-8262
Facsimile: (410) 230-3801
gworch@bbsclaw.com


**From:** Kelotra, Ritu [mailto:rkelotra@kirkland.com]
**Sent:** Friday, February 15, 2013 3:53 PM
**To:** Gloria A. Worch
**Subject:** Larson v. Abbott Laboratories, et al.

Gloria,

Following up from our conversation earlier this week, I am writing to confirm that your clients, Ellen Yang, MD and Annapolis Infectious Disease Associates, consent to removal of *Larson v. Abbott Laboratories, et al.*, from the Circuit Court for Baltimore City, Maryland to the United States District Court for the District of Maryland by defendant Abbott Laboratories.

Best,
Ritu

Ritu Kelotra | Kirkland & Ellis LLP
655 15th Street, NW | Suite 1200
Washington, DC 20005
Direct (202) 879-5210
Fax (202) 654-9538
ritu.kelotra@kirkland.com


*************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2)

1

Ex. 9

promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***************************************************

Ex. 9